UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL HUNTER-ERICHSEN, et al., | ) ) ) ) ) ) ) ) ) ) | No. CV 07-03736-RGK (VBK) JUDGMENT |
| Plaintiff, | | |
| v. | | |
| DARREL GUADNOLA, et al., | | |
| Defendants. | | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: JAN - 7 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE